

GOVERNMENT
EXHIBIT
1

Inmate Information » Butler C... | Butler County, Ohio - Perso... ×

## Butler County, Ohio - Persons Currently In Custody

Home |

Last [    ] First [    ] **Search**

**Help**
FAQs
Who can I call?

**Inmate**
MOHAMED MOHAMED
Current Booking
Jail History

## Search by Last Name
A · B · C · D · E · F · G · H · I · J · K · L · M · N · O · P · Q · R · S · T · U · V · W · X · Y · Z

# MOHAMED, MOHAMED SHARIF ALI
*** Held in custody by BUTL-JAIL at BUTLER COUNTY JAIL ***

| Most Recent Mugshot | Identifying Information | Alert Information |
|---|---|---|
| | Race BLACK | In Custody **IC** Yes |
|  | Gender MALE | |
| | DOB 12/31/1997 | |
| | SSN 🔒 | |
| | Hair BLACK | |
| | Eye BROWN | |
| | Height 6'03" | |
| | Weight 150 | |
| View Full Mugshot | Source BUTL-JAIL: 198155-001 | |
| | Updated: 8/30/2021 | |

[ Verify SSN ]

| Booking Information | | Arrest Information | |
|---|---|---|---|
| Agency: | BUTL-JAIL | Arrest Date: | 5/7/2021 2:41 PM |
| Location: | BUTLER COUNTY JAIL | Agency: | BUTLER COUNTY SHERIFF |
| Booking Date: | 5/7/2021 2:40 PM | Location: | COLUMBUS MARSHALS |
| Booking Number: | 198155-001 | Officer: | BATDORF, DALTON J |

\* Bonds/Bails listed below may not include the bail surcharge mandated by Ohio House Bill 1 and/or court costs which are due at the time the prisoner is released from custody. These fees may be as much as $85 per bond.

| # | COURT | CASE NUMBER | CHARGE DESCRIPTION | CHARGE DEGREE | CHARGE STATUS | JUDGE | BAIL TYPE | BAIL AMOUNT | DISPOSITION | DISP DATE | NEXT COURT DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 524209 | BUTL-FED | () | HOLD FOR FED | FE | DETAINER - OTHER AGENCY | *Not Entered* | NO BOND | 0 | *Not Entered* | | |
| 1 | | | | | | | | | | | |

©2001- 2021 Board of County Commissioners, Montgomery County, Ohio
Disclaimer | Terms of Use

MONTGOMERY